IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02060-RPM

JAMES FIELDS MAXWELL,

                      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation.

                      Defendant.

## ORDER AMENDING SCHEDULING ORDER

The Court having reviewed Union Pacific Railroad Company's Unopposed Motion to Amend Scheduling Order, and being fully apprised of the facts, hereby GRANTS said Unopposed Motion to Amend Scheduling Order.

The deadline for designating experts and providing opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is now **May 15, 2006**, and the deadline for designating all rebuttal experts and providing opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is now **May 22, 2006**.

DATED this 27th day of April, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Judge of the United States District Court