IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02060-RPM

JAMES FIELDS MAXWELL,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

___

ORDER SETTING PRETRIAL CONFERENCE
___

      The Court having determined that this case is now ready to be set for a pretrial conference, it is

      ORDERED that a pretrial conference is scheduled for **October 13, 2006, at 3:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **October 5, 2006.**

      Dated:September 1, 2006

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge