IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02060-RPM

JAMES FIELDS MAXWELL,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

## ORDER SUBSTITUTING PARTIES

Upon consideration of the Motion for Substitution of Parties (Doc. No. 14), filed on September 18, 2006, it is

ORDERED that the motion is granted and Ron D. Maxwell and Marcia Briggs, the son and daughter and only heirs of James Fields Maxwell are substituted as plaintiffs in this action.  The caption is, accordingly, changed to read Ron D. Maxwell and Marcia Briggs, sole heirs of James Fields Maxwell, deceased.

Dated: September 18, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge