IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02060-RPM

RON D. MAXWELL and
MARCIA BRIGGS,
sole heirs of
JAMES FIELDS MAXWELL, deceased,

        Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

---

ORDER DISMISSING CLAIM OF RON D. MAXWELL WITH PREJUDICE

---

        Pursuant to the Stipulation of Dismissal with Prejudice of Claims of Ron D. Maxwell (Doc. #20), filed on December 11, 2006, it is

        ORDERED that the claim of Ron D. Maxwell in this action is dismissed with prejudice, each party to pay their own costs.

        Dated: December 12, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge