IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02060-RPM

MARCIA BRIGGS,
sole heir of JAMES FIELDS MAXWELL, deceased,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

---

## ORDER OF DISMISSAL

---

        Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #25), filed on January 22, 2007, it is

        ORDERED that the above-entitled action is dismissed with prejudice, each party to pay their own costs.

        Dated: January 22, 2007

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge